# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMMONS, | 1:06-CV F 1126 OWW DLB P |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| WINCHELL, | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and finds that it states cognizable 14th Amendment Due Process claim against the named Defendants for the allegations that the Defendants failed to provide constitutionally adequate conditions of detention for a civil detainee. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

1

WINCHELL

TREVINO

2. The Clerk of the Court shall send Plaintiff TWO (2) USM-285 forms, TWO (2) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 24, 2006.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three (3) copies of the endorsed complaint filed August 24, 2006.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **January 30, 2008**              /s/ **Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE