# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SIMMONS, | 1:06-CV F 1126 OWW DLB P |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING THE ACTION FOR FAILURE TO OBEY A COURT ORDER |
| WINCHELL, | |
| Defendants. | |

Plaintiff Robert Simmons, a civil detainee proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 17, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the plaintiff and which contained notice to the plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days. The plaintiff has not filed timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file,

1

the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 17, 2008, are adopted in full; and

2. This action is dismissed based on plaintiff's failure to obey the Court's order of January 30, 2008.

IT IS SO ORDERED.

Dated:   May 1, 2008                             /s/ Oliver W. Wanger
                                                 UNITED STATES DISTRICT JUDGE